People ex rel. John Faulstich, Appellee, v. William B. McBrien, Mayor of City of Staunton, Appellant.

Gen. No. 9,258.

Heard in this court at October term, 1940; opinion filed November 3, 1941. L. M. Harlan and Jesse Peebles, for appellant; James H. Murphy, for appellee. Opinion by PRESIDING JUSTICE HAYES. ''Not to be published in full.''